IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                            No.    CV 16-1313 JP/LAM
                                                             CR 14-1371 JP

DEVIN JASPERSE,

      Defendant.

## ORDER

**THIS MATTER** is before the Court, *sua sponte* under rule 4(b) of the Rules Governing Section 2255 Cases, on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 56*). The Court will direct the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States of America a copy of Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (*CV Doc. 1; CR Doc. 56*) and supporting papers and exhibits, if any, together with a copy of this Order;

**IT IS FURTHER ORDERED** that, **within twenty-three days of entry of this Order**, the United States answer Defendant's § 2255 motion.

**IT IS SO ORDERED.**

                                                    */s/ Lourdes A. Martínez*
                                            **LOURDES A. MARTÍNEZ**
                                            **UNITED STATES MAGISTRATE JUDGE**